# First District Court of Appeal
## State of Florida

_____

No. 1D18-5278
_____

JEANETTE SAILOR,

Appellant,

v.

CAIN E. SAILOR,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Dawn Caloca-Johnson, Judge.

September 18, 2019

PER CURIAM.

AFFIRMED.

WOLF, ROBERTS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Stephen R.A. Knight of The Knight Law Firm, LLC, Tallahassee, for Appellant.

Neibra Collins Williams, Tallahassee, for Appellee.